```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA        :
                                :    INDICTMENT
         - v. -                 :
                                :    20 Cr.
EDDIE WISE,                     :
                                :
            Defendant.          :
- - - - - - - - - - - - - - - - X
```

20 CRIM 016

COUNT ONE

(Conspiracy to Commit Hobbs Act Robbery)

The Grand Jury charges:

1.  On or about November 13, 2019, in the Southern District of New York and elsewhere, EDDIE WISE, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3).

(Title 18, United States Code, Sections 1951.)

## COUNT TWO

**(Hobbs Act Robbery)**

The Grand Jury further charges:

2.   On or about November 13, 2019, in the Southern District of New York and elsewhere, EDDIE WISE, the defendant, did knowingly commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, WISE and a co-conspirator robbed at gunpoint employees and patrons of a music recording studio involved in commercial activities that affect interstate commerce in the Bronx, New York, of cellphones, music recording equipment, cash, personal items, and marijuana.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT THREE

**(Use, Carrying, and Possession of a Firearm)**

The Grand Jury further charges:

3.   On or about November 13, 2019, in the Southern District of New York and elsewhere, EDDIE WISE, the defendant, during and in relation to a crime of violence for which he may

be prosecuted in a court of the United States, namely, the robbery charged in Count Two of this Indictment, knowingly did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying and possession of a firearm, which was brandished, during the robbery charged in Count Two of the Indictment.

(Title 18, United States Code, Sections 924(c)(1)(A)(i),(ii), and 2.)

### FORFEITURE ALLEGATION

5. As a result of committing the offenses alleged in Count One and Two of this Indictment, EDDIE WISE, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses that the defendant personally obtained.

### Substitute Assets Provision

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

3

      a. cannot be located upon the exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third person;

      c. has been placed beyond the jurisdiction of the Court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

      (Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

EDDIE WISE,

Defendant.

---

**INDICTMENT**

20 Cr.

(18 U.S.C. §§ 1951, 924(c)(1)(A)(ii) and 2.)

GEOFFREY S. BERMAN
United States Attorney

*[signature]*
Foreperson

---

Jan 7, 2020
Filed Indictment. Case assigned to Judge Marrero
U.S.M.J. Debra Freeman