UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

EDDIE WISE,

                  Defendant.

20 CR 16(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Government (see attached letter), requests that an initial conference for the above-pnamed defendant be scheduled for January 31, 2020 at 3:30 p.m. The initial conference shall be scheduled for January 31, 2020 at 3:30 p.m.

Both the government and counsel for the defendant consent to an exclusion of the adjourned time from the Speedy Trial Act to January 31, 2020.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated: New York, New York
       9 January 2020

_____
Victor Marrero
U.S.D.J.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 8, 2020

**By Fax**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: United States v. Eddie Wise,
      20 Cr. 16 (VM)

Dear Judge Marrero:

  The Government writes to respectfully request (1) that the Court schedule an initial pretrial conference in this matter on January 31, 2020 at 3:30 p.m., and (2) that time between today and that conference be excluded pursuant to the Speedy Trial Act.

  Following his arrest on or about December 10, 2019 for Hobbs Act robbery, conspiracy to commit the same, and use of a firearm in furtherance of a crime of violence, the defendant was presented on December 11, 2019 before the Honorable Sarah Cave, United States Magistrate Judge. Judge Cave ordered the defendant detained on December 16, 2019. On January 7, 2020, a Grand Jury in this District returned a three-Count Indictment against the defendant. On January 8, 2020, the Court referred arraignment to Magistrate Court and indicated that it was available for a pretrial conference on January 31, 2020 at 3:30 p.m.

  The Government respectfully requests the Court to schedule the pretrial conference for that date and time. In addition, and with the defense's consent, the Government further requests that time be excluded between today and January 31, 2020, pursuant to 18 U.S.C. § 3161(h)(7)(A), in order to allow the parties time to (1) produce and review discovery, and (2) engage in discussions regarding a potential pretrial disposition of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice.

January 8, 2020
Page 2

                          Respectfully submitted,

                          GEOFFREY S. BERMAN
                          United States Attorney for the
                          Southern District of New York

            By: _____/s/_____
                  Rushmi Bhaskaran
                  Assistant United States Attorney
                  (212) 637-2439

cc: Ariel Werner, Esq. (by email)