UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

EDDIE WISE,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/20

20 CR 16(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Defendant (see attached letter) requests that the status conference for the above-named defendant currently scheduled for March 27, 2020, be adjourned. The conference shall be rescheduled for May 29, 2020 at 4:00 p.m.

Both the government and counsel for the defendant consent to an exclusion of the adjourned time from the Speedy Trial Act to May 29, 2020.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated: New York, New York
       10 March 2020

Victor Marrero
U.S.D.J.

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 10, 2020

**By Facsimile**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street Room 1040
New York, New York 10007

Re:     United States v. Eddie Wise
        20 Cr. 16 (VM)

Hon. Judge Marrero:

With the consent of the Government, I write to respectfully request a 60-day adjournment of Mr. Wise's March 27, 2020 status conference. There have been no prior requests to adjourn a conference in this case. An adjournment would allow the defense additional time to review discovery and allow the parties additional time to discuss a disposition. We propose a conference at a time convenient to the Court during the last week of May.

We request that the time between March 27, 2020 and the next court date be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(7)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow defense counsel time to continue reviewing discovery and allow the parties to consider a possible disposition in the matter.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212-417-8770
ariel_werner@fd.org

CC: AUSA Rushmi Bhaskaran (By email)