USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 13, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

EDDIE WISE,

Defendant.

20 CR 16(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Defendant requests, with consent of the government, that the status conference for the above-named defendant currently scheduled for July 17, 2020, be adjourned. (See Dkt. No. 12.) The conference shall be rescheduled for Thursday, August 20, 2020, at 12:00 p.m.

Both the government and counsel for the defendant consent to an exclusion of the adjourned time from the Speedy Trial Act to August 20, 2020.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED**:

Dated: New York, New York
       13 July 2020

Victor Marrero
U.S.D.J.