USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: January 21, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

EDDIE WISE,

Defendant.

20 CR 16(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On January 12, 2021, Defendant Eddie Wise submitted a letter requesting either entry of an Order finding that the Defendant's plea cannot be delayed without serious harm to the interests of justice, or in the alternative, a thirty-day adjournment of the status conference originally scheduled for January 21, 2021 to allow the Defendant time to enter a plea in person. (See Dkt. No. 23). On January 13, 2021, the Court granted the Defendant's request for an adjournment and rescheduled the status conference to February 18, 2021. (See Dkt. No. 24.)

Counsel for the Government, with consent of counsel for the Defendant, now requests an exclusion of the adjourned time, from January 21, 2021 to February 18, 2021, pursuant to the Speedy Trial Act. (See Dkt. No. 25.)

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated: New York, New York
       21 January 2021

_____
Victor Marrero
U.S.D.J.