```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA            :

        v.                          :       ORDER

EDDIE WISE,                         :       20 Cr. 16 (VM)

        Defendant.                  :

---------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: February 5, 2021

WHEREAS, the above-captioned case of defendant EDDIE WISE has been referred to Magistrate Court for purposes of a plea;

WHEREAS all criminal matters, including guilty pleas, in the Southern District of New York currently must be conducted remotely unless a defendant does not waive his right to be physically present and the matter cannot be postponed in conformity with the CARES Act;

WHEREAS the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by phone or video, subject to certain findings made by the District Judge;

THE COURT HEREBY FINDS, that because the defendant has consented to proceeding remotely, and for the reasons set forth in the defendant's applications dated August 21, 2020, January 12, 2021, and February 5, 2021, the plea cannot be further delayed without serious harm to the interests of justice.

FURTHER, the conference currently scheduled for February 18, 2021 is hereby canceled.

SO ORDERED.

Dated:   New York, New York
         February  5 , 2021

_____
Victor Marrero
U.S.D.J.