UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

EDDIE WISE

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-16 (VM)

Defendant __Eddie Wise__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Change-of-Plea Hearing

_AW pp Eddie Wise_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Eddie Wise**
Print Defendant's Name

_Ariel Werner_
Defendant's Counsel's Signature

**Ariel Werner**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2·16·2021
Date

_Katherine H Parker_
U.S. District Judge/U.S. Magistrate Judge