# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 28, 2021

May 25, 2021

*VIA ECF*

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Eddie Wise*, 20 CR 16 (VM)

Dear Judge Marrero:

The parties jointly write to request a sentencing date for Mr. Wise in mid-July. The defense needs the additional time to effectively prepare a sentencing submission on Mr. Wise's behalf.

Thank you for your consideration of this application.

Respectfully submitted,

/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

cc:    AUSA Rushmi Bhaskaran (via ECF)



Request **GRANTED.**

The sentencing will be scheduled for July 22, 2021 at 10:30 a.m.

**SO ORDERED.**

May 28, 2021

DATE

VICTOR MARRERO, U.S.D.J.