**Federal Defenders**
OF NEW YORK, INC.

52 Duan

David E. Patton
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 20, 2021

July 19, 2021

*VIA ECF*

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Eddie Wise*, 20 CR 16 (VM)

Dear Judge Marrero:

I write to request an adjournment *sine die* of Mr. Wise's sentencing, currently scheduled to proceed remotely on July 22, 2021. Mr. Wise's current preference is to proceed in-person. I understand that the earliest the Court can conduct an in-person sentencing is in September 2021. I ask for the adjournment so I can inform Mr. Wise about the Court's calendar and confirm whether he prefers an earlier remote-sentencing date or an in-person sentencing date in September.

Thank you for your consideration of this application.

Respectfully submitted,

/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

cc:    AUSA Rushmi Bhaskaran (via ECF)

---

**Request GRANTED.**

The sentencing of defendant Eddie Wise is hereby adjourned sine die. Defense counsel is directed to file a letter with the Court requesting a new sentencing date following discussion with Mr. Wise.

**SO ORDERED.**

July 20, 2021
DATE                         VICTOR MARRERO, U.S.D.J.