USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
        -against-                 :    **20 CR 16 (VM)**
                                  :
EDDIE WISE,                       :    <u>ORDER</u>
                                  :
                Defendant.        :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The sentencing of the above-named defendant is hereby adjourned until January 27, 2022 at 10:30 a.m.

In light of the ongoing public health crisis, the sentencing conference before the Honorable Victor Marrero shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:    New York, New York
          14 January 2022

_____
Victor Marrero
U.S.D.J.