```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
          -against-                :     **20 CR 16 (VM)**
                                   :
EDDIE WISE,                        :     **ORDER**
                                   :
                      Defendant.   :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The sentencing of the above-named defendant is hereby adjourned from January 27, 2022 until February 10, 2022 at 10:30 a.m.

In light of the ongoing public health crisis, the sentencing conference before the Honorable Victor Marrero shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:   New York, New York
         24 January 2022

_____
Victor Marrero
U.S.D.J.