Case 1:20-cr-00016-VM   Document 53   Filed 02/16/22   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2022

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA              :
                                      :    20 Crim. 16 (VM)
     - against -                      :
                                      :    SCHEDULING ORDER
EDDIE WISE,                           :
                                      :
                    Defendant.        :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In light of the ongoing public health crisis, the conference before the Honorable Victor Marrero on Thursday, February 17, 2022 at 9:00 a.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:   New York, New York
         February 16, 2022

                                        _____
                                               Victor Marrero
                                                  U.S.D.J.